■ (A) In the Matter of NEW YORK CITY TERMINAL MARKET (HUNTS POINT AREA, BRONX). CITY OF NEW YORK; MOSES DANIEL COHAN et al.— Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ. (B) RICHARD BRANDS, an Infant, by His Guardian ad Litem, KATHLEEN BRANDS, et al., v. CITY OF NEW YORK et al., and SLATTERY ROCK CORP.— Concur — Breitel, J. P.,

Rabin, Valente, Eager and Noonan, JJ. (C) ANDRES GALBAN v. PENN SHIPPING Co., INC., et al.— Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ. [In each action.] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs.